BLANK ROME LLP
Cheryl S. Chang (SBN 237098)
Chang@BlankRome.com
Andrea L. Voelker (SBN 283808)
AVoelker@BlankRome.com
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone:  424.239.3400
Facsimile:   424.239.3434

Attorneys for Defendant,
PennyMac Loan Services, LLC,
erroneously sued as PennyMac Mortgage

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO MORALES,<br><br>                    Plaintiff,<br><br>     vs.<br><br>PENNYMAC LOAN SERVICES, LLC<br><br>                    Defendant. | Case No.<br><br>*(Removed from Superior Court of California, County of Los Angeles Case No. PC057114)*<br><br>**NOTICE OF REMOVAL BY DEFENDANT PENNYMAC LOAN SERVICES, LLC PURSUANT TO 28 U.S.C. SECTION 1441 AND 1446**<br><br>**[Federal Question]**<br><br>[Filed concurrently with Civil Cover Sheet; Certification and Notice of Interested Parties; and FRCP Rule 7.1 Disclosure Statement]<br><br>Complaint Filed: June 20, 2016 |

136044.01465/103154291v.2

**NOTICE OF REMOVAL**

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. Sections 1441 and 1446, defendant PENNYMAC LOAN SERVICES, LLC ("Defendant" or "PennyMac"), erroneously sued as PennyMac Mortgage, hereby removes the above-captioned matter ("Notice") from the Superior Court of the State of California in and for the County of Los Angeles to the United States District Court for the Central District of California, which is the judicial district in which the action is pending. The grounds for removal are as follows:

## I. This Notice of Removal is Timely Filed

1. On or about June 20, 2016, plaintiff HUGO MORALES ("Plaintiff") commenced this action by filing a complaint ("Complaint") in the Superior Court of the State of California in and for the County of Los Angeles (the "State Court Action") which alleges the following causes of action against PennyMac: violation of 50 U.S.C.App. 527(3)(2); violation of 50 U.S.C.App. 518; and violation of 50 U.S.C.App. 533. The State Court Action is captioned *Morales v. PennyMac Mortgage*, Case No. PC057114.

2. PennyMac has not been served with the Summons and Complaint, however it received a copy of the Plaintiff's Complaint on or about June 24, 2016. A true and correct copy of the Complaint, the only document received by PennyMac, is attached hereto as Exhibit A.

3. The Complaint alleges PennyMac violated the Servicemembers Civil Relief Act ("SCRA") (50 U.S.C. § 501 *et seq.*). *See generally* Complaint, Exhibit A.

4. Plaintiff seeks monetary damages, punitive damages, civil penalties pursuant to the SCRA, restitution, injunctive relief, and attorneys' fees and costs. *See* Complaint, page 8.

5. Pursuant to 28 U.S.C. § 1446(b), PennyMac has thirty days to remove

1  "after receipt…through service or otherwise, of a copy of the initial pleading setting
2  forth the claim for relief upon which such action or proceeding is based…." *See* 28
3  U.S.C. § 1446(b).

4      6. As PennyMac has not yet been served with a copy of the Summons and
5  Complaint, and PennyMac received a copy of the Complaint on June 24, 2016, this
6  Notice of Removal is timely filed. *See* 28 U.S.C. § 1446(b).

7      7. There are currently no other defendants in this action.

8  **II. Federal Question**

9      1. 28 U.S.C. § 1441, which establishes when an action is removable, sets
10 forth in relevant part: "[A]ny civil action brought in a State court of which the district
11 courts of the United States have original jurisdiction, may be removed by the
12 defendant or defendants, to the district court of the United States for the district and
13 division embracing the place where such action is pending."

14     2. This Court's subject matter jurisdiction, and PennyMac's basis for
15 removal, is founded upon Plaintiff's three causes of action, each alleging violations of
16 the SCRA. *See* Complaint at ¶¶ 14-24.

17     3. Plaintiff's Action is a civil action of which this Court has original
18 jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court
19 by PennyMac pursuant to the provisions of 28 U.S.C. § 1441(a) because Plaintiff's
20 causes of action for violations of SCRA set forth a claim arising under Federal law.

21     4. Given Plaintiff's allegations of SCRA violations, federal questions are
22 presented, and the prerequisites for removal under 28 U.S.C. § 1441 have been met.
23 This Court is thereby vested with subject matter jurisdiction over this action.

24 **III. ALL OTHER REMOVAL REQUIREMENTS HAVE BEEN MET**

25     A.    Pursuant to 28 U.S.C. § 1446(a), copies of all pleadings, process, and
26 orders served on or received by PennyMac in the State Court Action must be attached
27 to the Notice of Removal. All documents received by PennyMac are attached to this
28 Notice as Exhibit A.

B.  In compliance with 28 U.S.C. § 1446(d), a copy of the Notice of Removal of Action to the United States District Court for the Central District that will be filed with the Superior Court of California in and for the County of Los Angeles is attached hereto as Exhibit B.

C.  Intra-District Assignment.  This Notice of Removal is properly filed in the Central District of California pursuant to 28 U.S.C. §§ 84(c)(2) and 1446(a).

D.  In the event that Plaintiff seeks to remand this case, or the Court considers remand *sua sponte*, PennyMac respectfully requests the opportunity to submit such additional argument or evidence in support of removal as may be necessary.

WHEREFORE, PennyMac respectfully removes this action from the Superior Court of the State of California in and for the County of Los Angeles to this Honorable Court pursuant to 28 U.S.C. §§ 1441 and 1446.

DATED: July 25, 2016        BLANK ROME LLP

By: /s/ Cheryl Chang
    Cheryl S. Chang
    Andrea L. Voelker
Attorneys for Defendant,
PennyMac Loan Services, LLC,
erroneously sued as PennyMac Mortgage