**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HUGO MORALES,**<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>**PENNYMAC LOAN SERVICES, LLC,**<br><br>　　　　　　Defendant. | Case No. CV 16-5535 DMG (AFMx)<br><br>**JUDGMENT** |

On January 25, 2017, this Court having granted Defendant's motion to dismiss the above-entitled action with prejudice,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendant PennyMac Loan Services, LLC and against Plaintiff Hugo Morales, and that this action is dismissed on the merits.

**IT IS SO ORDERED.**

DATED: January 25, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-